█    The People of the State of New York ex rel. Klaus Willi Kastenholz, Appellant, v. Vincent R. Mancusi, as Warden of Attica Prison,

Respondent.— Appeal unanimously dismissed as moot. Memorandum: It was stipulated upon oral argument that relator is no longer in custody. (See *People ex rel. Thomas* v. *Mancusi,* 34 A D 2d 731.) (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present — Goldman, P. J., Witmer, Gabrielli, Bastow and Henry, JJ.